

# Fourth Court of Appeals
## San Antonio, Texas

April 28, 2021

No. 04-21-00132-CV

**BROOKS COUNTY, TEXAS**,
Appellant

v.

Maria Armandina **BUENROSTRO**,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 19-04-17973-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The clerk's record was originally due on April 28, 2021. On April 27, 2021, the district clerk filed a Notification of Clerk's Record stating she anticipated filing the record by May 7, 2021. It is therefore ORDERED that the clerk file the clerk's record **no later than May 7, 2021**.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of April, 2021.

_____
Michael A. Cruz,
Clerk of Court